

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,131-01

### EX PARTE KYLE W. GUTHRIE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 13484 IN THE 118TH DISTRICT COURT
### FROM HOWARD COUNTY

**YEARY, J., filed a dissenting opinion.**

## DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: January 27, 2016
DO NOT PUBLISH